UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---

| | | |
|---|---|---|
| LOCAL UNION NO. 5 TRUSTEES OF THE BRICKLAYERS AND MASONS' OHIO PENSION FUND et al., | : : : : | CASE NO. 1:14-CV-00821 |
| Plaintiffs, | : : | |
| vs. | : : | ORDER |
| MICHAEL LALLO et al. | : : | |
| Defendants. | : : | |

---

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On December 1, 2014, Magistrate Judge Baughman certified facts to the Court and recommended that the Court find Defendant Michael Lallo in contempt for failing to show cause why he failed to appear for a debtor's examination. On December 23, 2014, the Court held a show cause hearing, at which neither party objected to or disagreed with the facts certified to the Court by Magistrate Judge Baughman. After considering the facts set out in that order and the proceedings at the show cause hearing, the Court adopts Judge Baughman's recommendation and adjudges Defendant Michael Lallo in contempt. The Court will consider a motion by the Plaintiffs for attorney's fees or other sanctions.

IT IS SO ORDERED

Dated: December 23, 2014          s/    *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE